UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICIA TILLERY HILL,<br>    Petitioner,<br> v.<br>UNITED STATES OF AMERICA,<br>    Respondent. | **Judgment in a 2255 Action**<br><br>Criminal Case No. 5:01-CR-253-BO-4<br>Civil Case No. 5:13-CV-662-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2255 cases in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on September 23, 2013, with service on:
Patricia Tillery Hill 19885-056 Aliceville- FCI P.O. Box 487 Aliceville, AL 35442 (via U.S. Mail)
R.A.Renfer, Jr. (via CM/ECF Notice of Electronic Filing)

September 23, 2013           /s/ Julie A. Richards
                   Clerk

Raleigh, North Carolina