UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Patricia Tillery Hill**                                           **Docket No. 5:01-CR-253-4BO**

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Patricia Tillery Hill, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. § 2113(a) and (d), and Use, Carry, and Discharge of a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. 924(c)(1)(A) and 2, was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on September 25, 2002, to the custody of the Bureau of Prisons for a term of 220 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Patricia Tillery Hill was released from custody on August 15, 2017, at which time the term of supervised release commenced.

On February 28, 2018, a Violation Report was submitted informing the court of the defendant's failure to make monthly payments toward her restitution balance as instructed. The defendant received a verbal reprimand for her actions, and the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 26, 2018, the defendant tested positive for cocaine use, and the results were confirmed by laboratory analysis on December 1, 2018. When confronted, the defendant assumed responsibility for her actions and signed an admission of drug use statement. In response to her drug use, we recommend the defendant be required to participate in substance abuse treatment and undergo increased drug testing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Patricia Tillery Hill
Docket No. 5:01-CR-253-4BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Taron N. Seburn<br>Taron N. Seburn<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2335<br>Executed On: December 4, 2018 |

### ORDER OF THE COURT

Considered and ordered this _6_ day of _December_, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge